IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 NOV 16 PM 12: 26

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY S. DALY,<br><br>Defendant. | 4:21CR3141<br><br>INDICTMENT<br>18 U.S.C. § 2422(b) |

The Grand Jury charges that

## COUNT I

On or about August 26, 2021, in the District of Nebraska and elsewhere, TIMOTHY S. DALY did use a facility and means of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*Tessie Smith*
TESSIE L. SMITH
Assistant United States Attorney

1